The People of the State of New York, Respondent, v Roberto Hernandez, Appellant. [852 NYS2d 780]–

Contrary to the defendant's contention, the County Court's determination to designate him a level three sex offender is supported by clear and convincing evidence (*see People v Green,* 47 AD3d 692 [ 2008]; *People v Smith,* 46 AD3d 791 [2007]; *People v Davenport,* 38 AD3d 634 [2007]; *People v Morris,* 33 AD3d 778 [2006]). Spolzino, J.P., Santucci, Angiolillo and Balkin, JJ., concur.